**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| ANDREW JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-00066-RWS |
| MILLIKEN & COMPANY, INC., | : |
| | : |
| Defendant. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [11] of Magistrate Judge Susan S. Cole.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, the Complaint is hereby **DISMISSED**, **WITHOUT PREJUDICE**.  The Clerk shall close the case.

**SO ORDERED**, this  22nd  day of December, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)